# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00070-MR-WCM

| | |
|---|---|
| **ROSE MARY SUTTON,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **SSC WAYNESVILLE OPERATING** ) <br> **COMPANY LLC, et al.,** ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Defendant SSC Waynesville Operating Company LLC's Motion to Compel Arbitration and Stay Proceedings [Doc. 8] and the parties' Joint Stipulation regarding arbitration [Doc. 18].

The remaining parties[1] to this action have agreed to waive their rights to trial by jury and to submit all pending claims asserted by and between them to binding arbitration.

---

[1] The Plaintiff dismissed all her claims against Defendant SavaSeniorCare, LLC without prejudice. [Doc. 19].

Accordingly, **IT IS, THEREFORE, ORDERED** that the Motion to Compel Arbitration [Doc. 8] is **GRANTED**, and the parties shall submit all pending claims asserted by and between them to binding arbitration.

**IT IS FURTHER ORDERED** that this matter is hereby **STAYED** pending completion of the arbitration proceedings. The parties shall submit a status report to the Court every ninety (90) days advising of the status of the parties' arbitration.

**IT IS SO ORDERED.**

Signed: April 5, 2019

Martin Reidinger
United States District Judge